UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY HOAR, on behalf of himself
and all others similarly situated,

                Plaintiffs,

v.

LAUNCH PAD PAYMENT SERVICES
CORPORATION and HOTMART BV,

                Defendant.

Case No. 1:24-cv-06195-CM

**MOTION TO FILE UNDER SEAL**

Plaintiffs hereby move to file under seal the unredacted version of the August 14, 2025 letter-motion filed with Court in redacted form earlier today (ECF No. 63).

Plaintiffs respectfully request permission to file under seal the August 14, 2025 letter-motion because it contains information produced by defendant during discovery that defendant has marked as confidential

In ruling on a motion to seal, the Court must balance the competing interests at stake, which include the public's interest in access to judicial documents, and the privacy interest of the party resisting disclosure. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Dated: August 14, 2025

Respectfully submitted,

**REESE LLP**

/s/ Michael R. Reese
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
mreese@reesellp.com

*Co-Counsel for Plaintiffs and the Proposed Class*

**MEMO ENDORSED**

9/9/2025
Defendant has 5 business days to identify what information it believes is confidential and why that information should be filed under seal.