UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7/27/2026

TIMOTHY HOAR, THOMAS SIMMONS, AND TIMOTHY ARIAS, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

LAUNCH PAD PAYMENT SERVICES CORPORATION AND HOTMART B.V.,

Defendants.

No. 24-cv-6195 (CM)

**ORDER**

McMahon, J.:

The Court is in receipt of Plaintiffs' motion for reconsideration of this Court's July 9, 2026 *Decision and Order Granting Defendant's Renewed Motion to Dismiss Plaintiffs' Complaint Without Prejudice*. *See* Dkt. No. 76.

The crux of Plaintiffs' motion is that the Court committed clear error by failing to consider Hotmart's General Purchasing Terms, which state that "If the transaction is made in US dollars (USO), between Buyers residing in the United States of America, the company collecting the amounts form [sic] the Buyers is Launch Pay Payment Services Corp., headquartered on 251 Little Falls Drive, Wilmington, DE, ZIP code 19808, registry No 6840948." Dkt. No. 80 at 4; Dkt. No. 45-1, § 1.2. I readily admit that I did not consider this General Purchasing Term in my decision granting the motion to dismiss. I did not do so because neither party called it to my attention – something for which I cannot account. It causes me to imagine that the General

Purchasing Term may not be relevant. But maybe it is. This is not something I can decide without input from both sides.

Pursuant to Rule V(F)(5) of this Court's Individual Practices and Procedures, Defendants are ordered to submit a response to Plaintiffs' motion within five business days of this Order.

In their response, Defendants should not simply address the fact that Plaintiffs failed to call the Court's attention to this General Purchasing Term when briefing the original motion (I already know that). I also know that, in the ordinary course, the failure to raise an argument in opposition to the original motion would result in the forfeiture of the argument. But whether this Court should or should not hear a particular case is a particularly sensitive matter, and the lawyers for both sides are equally charged with calling to the Court's attention anything that might impact my ability to do so. I would, therefore, like to know why Defendants did not alert the Court to this particular "Purchasing Term," and to explain why it does not (if it does not) contradict the arguments made by Defendants in support of their motion.

I do not require any reply from Plaintiffs.

Dated: July 27, 2026

7/27/2026

U.S.D.J.

BY ECF TO ALL COUNSEL